NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JON ROBERT MUSSER,　　　　　　　 )
DOC #S15997,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　 Appellant,　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　 )　　　Case No. 2D18-3412
　　　　　　　　　　　　　　　　　　 )
STATE OF FLORIDA,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　 Appellee.　　　　　　　 )
_____ )

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten,
Judge.

Jon Robert Musser, pro se.

PER CURIAM.

　　　　　　　　　 Affirmed.

SLEET, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.